

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff,<br><br>vs.<br><br>TSZ KIN PANG<br>　　　　Defendant. | CRIMINAL CASE NO. 02-00042-001 |

**FILED**
**DISTRICT COURT OF GUAM**
**OCT -5 2005**
**MARY L.M. MORAN**
**CLERK OF COURT**

Re:　**Report and Order Terminating Term of Supervised Release**

　　　On September 26, 2002, Taz Kin Pang was sentenced in the District Court of Guam to credit for time served followed by 36 months supervised release for the offense, Misuse of Immigration Document, in violation of 18 U.S.C. § 1546(a). On that same day, Mr. Pang was released from the custody of the Federal Bureau of Prisons to the custody of the Department of Homeland Security's Bureau of Immigration and Customs Enforcement pursuant to a detainer.

　　　On September 30, 2002, Mr. Pang was deported to Hong Kong by the Bureau of Immigration and Customs Enforcement, and has remained outside the United States since. Mr. Pang's term of supervised release expired on September 25, 2005. Therefore, it is recommended that he be discharged from supervised release and the proceedings in this case be terminated.

　　　RESPECTFULLY submitted this _3rd_ day of October 2005.

　　　　　　　　　　　　　　　　　　FRANK MICHAEL CRUZ
　　　　　　　　　　　　　　　　　　Chief U.S. Probation Officer

　　　　　　　　　　　　　By:　_/s/_
　　　　　　　　　　　　　　　　　　ROSSANNA VILLAGOMEZ-AGUON
　　　　　　　　　　　　　　　　　　U.S. Probation Officer

Reviewed by:

_/s/_
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc:　Marivic P. David, AUSA
　　　Federal Public Defender
　　　Guam Bureau of Immigration and Customs Enforcement
　　　File

**ORIGINAL**

Report and Order Terminating Term of Supervised Release
Re:   PANG, Tsz Kin
USDC Cr. Cs. No. 02-00042-001
October 3, 2005
Page 2

*****************************************************************************

## ORDER OF THE COURT

IT IS SO ORDERED this day _5th_ of October 2005, that Tsz Kin Pang be discharged from supervised release and that the proceeding in the case be terminated.

JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE
DISTRICT COURT OF GUAM



RECEIVED
OCT - 5 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM